UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO VERGARA MORALES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CHAD BIANCO,<br><br>　　　　　Respondent. | Case No. 5:23-cv-00102-FLA (AJR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is DENIED.

　　　IT IS FURTHER ORDERED that this action be dismissed WITH PREJUDICE.

　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 17, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge