JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO VERGARA MORALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHAD BIANCO,<br><br>　　　　Respondent. | Case No. 5:23-cv-00102-FLA (AJR)<br><br>**JUDGMENT** |

　　Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

Dated: January 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge